William G. Myers III (ISB #5598)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone: ( 208) 342-5000
Facsimile:  (208) 343-8869
wmyers@hollandhart.com

Kevin R. Murray (ISB #7367)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
krmurray@hollandhart.com

Attorneys for P4 Production, L.L.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF IDAHO, | Case No. 1:21-cv-00092-BLW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| P4 PRODUCTION, L.L.C., | |
| Defendant. | |

      PLEASE TAKE NOTICE of the appearance of William G. Myers III and Kevin R. Murray of the firm of Holland & Hart LLP as counsel for Defendant in this matter.  Mr. Myers and Mr. Murray are registered to receive service of filings, notices, and decisions via the Court's CM/ECF system.  Their addresses and telephone numbers are as follows:

    William G. Myers III
    P.O. Box 2527
    Boise, ID  83701
    (208) 342-5000

NOTICE OF APPEARANCE - 1

Kevin R. Murray
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
(801) 799-5800

or for overnight delivery:

William G. Myers III
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702

Kevin R. Murray
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101

Dated this 3rd day of March, 2021.

        HOLLAND & HART LLP

        /s/ William G. Myers III
        William G. Myers III
        Holland & Hart LLP
        P.O. Box 2527
        Boise, ID 83701-2527
        Telephone: (208) 342-5000
        E-mail: wmyers@hollandhart.com

        Kevin R. Murray
        Holland & Hart LLP
        222 South Main Street, Suite 2200
        Salt Lake City, UT 84101
        Telephone: (801) 799-5800
        krmurray@hollandhart.com

        Attorneys for P4 Production, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of March, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Matthews
Environmental Enforcement Section
Environmental and Natural Resources Section
U.S. Department of Justice
999 18th Street, Suite 370
Denver, CO  80202
(303) 844-1365
katherine.matthews@usdoj.gov

Christine G. England
Assistant U.S. Attorney
District of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID  83712-7788
(208) 334-1211
christine.england@usdoj.gov

Lisa J. O'Hara
Deputy Attorney General
Department of Environmental Quality
1410 N. Hilton, 2nd Floor
Boise, ID  83706
(208) 373-0494
lisa_ohara@deq.idaho.gov

/s/ William G. Myers III

16288422_v1