UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF IDAHO,<br><br>Plaintiff,<br><br>v.<br><br>P4 PRODUCTION, L.L.C.,<br><br>Defendant. | Case No. 4:21-cv-00092-BLW<br><br>**ORDER** |

    Before the Court is the Government's Unopposed Motion to Enter Consent Decree. Dkt. 7. The proposed consent decree, Dkt. 2-1, would resolve claims by the United States of America, State of Idaho, and Shoshone-Bannock Tribes, against P4 Production, concerning the Ballard Mine Site. Under the proposed consent decree P4 Production agrees to perform remedial action set forth in the 2019 Record of Decision, Dkt. 2-2, and pay past and future response costs related to the Ballard Mine Site.

    The Government published a notice of the proposed consent decree in the Federal Register, 86 Fed. Reg. 12970 (March 5, 2021), and received six comments, all of which were supportive of the settlement.

**ORDER - 1**

Having reviewed the proposed consent decree, the comments filed in response to the Federal Register notice, and the record herein, the Court finds that the proposed consent decree is fair, adequate, reasonable, and consistent with the objectives of the statute being enforced by the action. Accordingly, the Court will enter the consent decree as the final judgment in this matter.

**IT IS ORDERED that** the Government's Unopposed Motion to Enter Consent Decree (Dkt. 7) is GRANTED. The Court will file the Consent Decree, and appendices thereto, concurrently with this order.

DATED: May 21, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**